UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  13-CV-20374

MIRIAM BLANCO,

        Plaintiff,

vs.

OLGA PERDOMO and JUAN RAMON FLORES,

        Defendant,

_____/

## ANSWER TO COMPLAINT

        COMES NOW, OLGA PERDOMO and JUAN RAMON FLORES by and through their undersigned counsel, and files their Answer to Plaintiff's Complaint and states:

1.      Without sufficient knowledge and demand strict proof thereof.

2.      Without sufficient knowledge and demand strict proof thereof.

3.      Denied.

4.      Denied.

5.      Denied.

6.      Denied.

7.      Denied.

8.      Denied

Page 2
Answer to Complaint
Case Number 13-CV-20374

9.      Denied.

10.     Denied.

11.     Denied.

12.     Denied.

13.     Denied.

14.     Denied.

15.     Denied.

16.     Denied.

17.     Denied.

18.     Denied.

19.     Denied.

20.     Denied.

21.     Denied.

22.     Denied.

23.     Denied.

24.     Denied.

25.     Denied.

26.     Without sufficient knowledge and demand strict proof thereof.

27.     Denied.

28.     Denied.

Page 3
Answer to Complaint
Case Number 13-CV-20374

29.     Denied.

30.     Denied.

31.     Without sufficient knowledge and demand strict proof thereof.

32.     Denied.

33.     Denied.

34.     Denied.

35.     Denied.

36.     Denied.

37.     Denied.

38.     Denied.

39.     Denied.

40.     Denied.

41.     Denied.

42.     Denied.

43.     Without sufficient knowledge and demand strict proof thereof.


Respectfully Submitted,

**JORGE E. ALONSO, ESQUIRE**
782 NW 42ND Avenue, Suite 641
Miami, Florida 33126
305-445-1177
305-260-0542 fax

By: /s Jorge E. Alonso, Esquire
        Jorge E. Alonso, Esquire
        Fla. Bar No.: 280682

Page 4
Answer to Complaint
Case Number 13-CV-20374

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was Electronically filed with the Clerk of Court using CM/ECF, this 21st day of March 2013.

Respectfully Submitted,

**JORGE E. ALONSO, ESQUIRE**
782 NW 42ND Avenue, Suite 641
Miami, Florida 33126
305-445-1177
305-260-0542 fax

By: /s Jorge E. Alonso, Esquire
    Jorge E. Alonso, Esquire
    Fla. Bar No.: 280682