UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:13-CV-20374-JAL

MIRIAM BLANCO
and other similarly-situated individuals,
    Plaintiffs,

vs.

OLGA PERDOMO and
JUAN RAMON FLORES,
    Defendants.
_____/

## ANSWER TO FIRST AMENDED COMPLAINT

COMES NOW, Defendants, Olga Perdomo and Juan Ramon Flores, by and through their undersigned counsel, and files their Answer To First Amended Complaint and state:

1. Without sufficient knowledge and demand strict proof thereof.

2. Without sufficient knowledge and demand strict proof thereof.

3. Denied.

4. Denied.

5. Denied.

6. Without sufficient knowledge and demand strict proof thereof.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

Page 2
Answer To First Amended Complaint
Case No. 1:13-CV-20374-JAL

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Without sufficient knowledge and demand strict proof thereof.

23. Denied.

24. Without sufficient knowledge and demand strict proof thereof.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Admitted.

30. Denied.

31. Denied.

Page 3
Answer To First Amended Complaint
Case No. 1:13-CV-20374-JAL

32. Denied.

33. Denied.

34. Denied.

35. Without sufficient knowledge and demand strict proof thereof.

36. Denied.

37. Denied.

38. Denied.

39. Without sufficient knowledge and demand strict proof thereof.

40. Without sufficient knowledge and demand strict proof thereof.

41. Denied.

42. Without sufficient knowledge and demand strict proof thereof.

43. Without sufficient knowledge and demand strict proof thereof.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Without sufficient knowledge and demand strict proof thereof.

Page 4
Answer To First Amended Complaint
Case No. 1:13-CV-20374-JAL

53. Without sufficient knowledge and demand strict proof thereof.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Without sufficient knowledge and demand strict proof thereof.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

Page 5
Answer To First Amended Complaint
Case No. 1:13-CV-20374-JAL

73. Denied.

74. Denied.

75. Without sufficient knowledge and demand strict proof thereof.

76. Denied.

77. Denied.

78. Denied.

79. Denied.

80. Denied.

81. Denied.

82. Denied.

83. Denied.

84. Denied.

85. Denied.

86. Denied.

87. Denied.

88. Denied.

89. Denied.

90. Denied.

91. Denied.

92. Denied.

93. Without sufficient knowledge and demand strict proof thereof.

Page 6
Answer To First Amended Complaint
Case No. 1:13-CV-20374-JAL

94. Denied.

95. Denied.

96. Denied.

97. Denied.

98. Denied.

99. Denied.

100. Denied.

101. Denied.

102. Denied.

103. Denied.

104. Denied.

105. Denied.

106. Denied.

107. Denied.

108. Denied.

109. Denied.

110. Denied.

111. Denied.

112. Denied.

113. Denied.

114. Without sufficient knowledge and demand strict proof thereof.

Page 7
Answer To First Amended Complaint
Case No. 1:13-CV-20374-JAL

115. Denied.

116. Denied.

117. Denied.

118. Denied.

119. Denied.

120. Denied.

121. Denied.

122. Denied.

123. Denied.

124. Denied.

125. Denied.

126. Denied.

127. Denied.

128. Denied.

129. Denied.

130. Denied.

131. Denied.

132. Denied.

133. Denied.

134. Denied.

Page 8
Answer To First Amended Complaint
Case No. 1:13-CV-20374-JAL

    135.    Denied.

Respectfully submitted,

JORGE E. ALONSO, ESQUIRE
782 NW 42nd Avenue, Suite 641
Miami, Florida 33126
305-445-1177
305-260-0542 fax

By: /s Jorge E. Alonso, Esquire
       Jorge E. Alonso, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, this 31st day of May 2013.

Respectfully submitted,

JORGE E. ALONSO, ESQUIRE
782 NW 42nd Avenue, Suite 641
Miami, Florida 33126
305-445-1177
305-260-0542 fax

By: /s Jorge E. Alonso, Esquire
       Jorge E. Alonso, Esquire
       Florida Bar No. 280682