UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 13-20374-CIV-LENARD/O'SULLIVAN

MIRIAM BLANCO,
and other similarly-situated individuals,

    Plaintiff,

v.

OLGA PERDOMO,
JUAN RAMON FLORES,
and IVETTE INFANTE,

    Defendants,
_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT IVETTE INFANTE'S
"VERIFIED MOTION TO QUASH SERVICE OF PROCESS AND MOTION TO
DISMISS" [D.E. #31], AND DEFENDANT IVETTE INFANTE'S
"SECOND VERIFIED MOTION TO QUASH SERVICE OF PROCESS" [D.E. #35]**

The Plaintiff, MIRIAM BLANCO (hereinafter, "Blanco"), by and through undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and the Local Rules for the Southern District of Florida, hereby submits her Response to Defendant IVETTE INFANTE'S (hereinafter, "Infante") "Verified Motion to Quash Service of Process and Motion to Dismiss" [D.E. #31], and Defendant Infante's "Second Verified Motion to Quash Service of Process" [D.E. #35].  In support thereof, Plaintiff states as follows:

1. Plaintiff filed her complaint in this action on January 31st, 2013 against Defendants Olga Perdomo and Juan Ramon Flores. [D.E. #1]

2. On May 17th, 2013, after seeking and being granted leave of Court, Plaintiff filed her amended complaint which included additional Defendant IVETTE INFANTE. [D.E. #27] Accordingly, Summons as to Ivette Infante was issued on May 21st, 2013. [D.E. #28]

3. While Plaintiff has been diligently conducting searches for Defendant Infante, and has also made a number of unsuccessful attempts, at no point in time did; a) a process server execute an "Affidavit of Service"; or b) Plaintiff filed with the Court a "Return of Service". A simple review of the Docket will reveal this fact.

4. While Plaintiff denies and does not agree with some of the representations made by Defendant Infante's counsel regarding service, Plaintiff does not dispute that, to date, service has not been effectuated upon Defendant Infante. This is evident by the record.

5. Consequentially, Defendant Infante's "Verified Motion to Quash Service of Process and Motion to Dismiss" [D.E. #31], and her "Second Verified Motion to Quash Service of Process" [D.E. #35], are both unnecessary, premature and procedurally not ripe for consideration.

6. Additionally, because Defendant Infante has not been effectively served yet, she is not a party to this suit at the moment, and therefore, has no standing to file multiple case-dispositive motions which are not only premature, but also procedurally unsound.

7. Plaintiff's counsel has conferred in good faith with Defendant Infante's counsel, Jose A. Socorro, regarding the issues raised by Defendant's motions, and Plaintiff has advised of the foregoing.

8. Plaintiff continues to diligently attempt to effectuate service upon Defendant IVETTE INFANTE, and will advise the Court accordingly within the time prescribed by law.

## **CONCLUSION**

For the reasons stated above, the Plaintiff, MIRIAM BLANCO, respectfully requests that this Honorable Court deny Defendant IVETTE INFANTE'S "Verified Motion to Quash Service of Process and Motion to Dismiss" [D.E. #31], and Defendant IVETTE INFANTE'S "Second

Verified Motion to Quash Service of Process" [D.E. #35], as Defendant IVETTE INFANTE does not have standing to move to dismiss the complaint, and both motions are premature, moot and/or unripe for this Court's consideration.

Dated: August 5th, 2013.

Respectfully submitted,

**ZANDRO E. PALMA, P.A.**
3100 S. Dixie Highway
Suite 202
Miami, FL 33133
Telephone:    (305) 446-1500
Facsimile:    (305) 446-1502
zep@thepalmalawgroup.com

By:  **/s/ Zandro E. Palma**
Zandro E. Palma, Esq.
Florida Bar No.: 0024031

## CERTIFICATE OF SERVICE

I hereby certify that on August 5th, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: August 5th, 2013.

Respectfully submitted,

 **/s/ Zandro E. Palma**
ZANDRO E. PALMA, ESQ.
Florida Bar No.: 0024031
zep@thepalmalawgroup.com
ZANDRO E. PALMA, P.A.
3100 South Dixie Highway
Suite 202
Miami, Florida 33133
Telephone: (305) 446-1500
Facsimile:  (305) 446-1502
*Attorney for Plaintiff*

## SERVICE LIST
## Case No.: 1:13-cv-20374-JAL

GRISSEL SEIJO
grissel.seijo@infantezumpano.com
INFANTE ZUMPANO
500 S. Dixie Highway
Suite 302
Coral Gables, Florida 33146
Telephone: (305) 503-2990
Facsimile: (305) 774-5908

*Attorneys for Defendant Ivette Infante*


JORGE E. ALONSO
jealaw@bellsouth.net
JORGE E. ALONSO
782 NW 42 Avenue
Suite 641
Miami, FL 33126
(305) 445-1177
(305) 260-0542

*Attorney for Defendants*
*Olga Perdomo and Juan Ramon Flores*


ZANDRO E. PALMA
zep@thepalmalawgroup.com
Zandro E. Palma, P.A.
3100 South Dixie Highway, Suite 202
Miami, Florida 33133
Telephone: (305) 446-1500
Facsimile: (305) 446-1502

*Attorney for Plaintiff*