UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 13-20344-CIV- LENARD/O'SULLIVAN

MIRIAM BLANCO,
and other similarly-situated individuals,

    Plaintiff,
v.

OLGA PERDOMO,
and JUAN RAMON FLORES,

    Defendants,
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties have agreed to settle this matter. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982), claims for wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor. The parties will be filing their Joint Motion for Approval of Settlement and/or Stipulation of Dismissal, along with the executed settlement agreement, concurrently with this Notice.

Dated: October 21st, 2013

Respectfully submitted,

**ZANDRO E. PALMA, P.A.**
3100 S. Dixie Highway, Suite 202
Miami, FL 33133
Telephone: (305) 446-1500
Facsimile: (305) 446-1502
zep@thepalmalawgroup.com

By: **/s/ Zandro E. Palma**
Zandro E. Palma, Esq.
Florida Bar No.: 0024031

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 21st, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: October 21st, 2013.

    Respectfully submitted,

    _/s/ **Zandro E. Palma**_____
ZANDRO E. PALMA, ESQ.
Florida Bar No.: 0024031
zep@thepalmalawgroup.com
ZANDRO E. PALMA, P.A.
3100 South Dixie Highway
Suite 202
Miami, Florida 33133
Telephone: (305) 446-1500
Facsimile: (305) 446-1502
*Attorney for Plaintiff*

## SERVICE LIST
## Case No.: 1:13-cv-20374-JAL

**JORGE E. ALONSO**
**Jorge E. Alonso, Esq.**
782 NW 42 Avenue, Suite 641,
Miami, FL 33126
Telf.: (305) 445-1177
Fax: (305) 260-0542
E-mail: jealaw@bellsouth.net

*Attorney for Defendants*


**THE LAW OFFICES OF ZANDRO E. PALMA, P.A.**
**Zandro E. Palma, Esq.**
3100 South Dixie Highway, Suite 202
Miami, FL 33133
Telephone:  (305) 446-1500
Facsimile:   (305) 446-1502
E-mail: zep@thepalmalawgroup.com

*Attorney for Plaintiff*