UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 13-20344-CIV- LENARD/O'SULLIVAN

MIRIAM BLANCO,
and other similarly-situated individuals,

    Plaintiff,

v.

OLGA PERDOMO,
And JUAN RAMON FLORES,

    Defendants,
_____/

## ORDER GRANTING JOINT MOTION TO APPROVE THE PARTIES' SETTLEMENT AGREEMENT

**THIS CAUSE** came before the Court upon the parties' Joint Motion for Entry of Order Approving Settlement and Dismissing the Case with Prejudice, and the Court having reviewed the motion and the file in this cause, having noted the agreement of the parties and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the parties' settlement is hereby **APPROVED**. It is further ordered that this action is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to enforce the terms of the parties' settlement, should such enforcement become necessary.

**DONE AND ORDERED** in Chambers, at Miami, Florida this 24 day of Oct., 2013.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:
*John J. O'Sullivan, U.S. Magistrate Judge*
*All counsel of record*